Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

# UNITED STATES DISTRICT COURT
for the
District of Columbia

Civil Division

| | |
|---|---|
| Vincent Cannady <br><br> *Plaintiff(s)* <br> *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* <br><br> -v- <br><br> The State of Maryland <br> City of Baltimore <br> Julie Annette Highley-Keutzer <br> Talbot County Maryland <br><br> *Defendant(s)* <br> *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Case: 1:19-cv-03822 <br> Assigned To : Lamberth, Royce C. <br> Assign. Date : 12/23/2019 <br> Description: Pro Se Gen. Civ. (F-DECK) |



## COMPLAINT AND REQUEST FOR INJUNCTION

I. The Parties to This Complaint

  A. The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Vincent Cannady |
   | Street Address | 17472 S 2950 Road |
   | City and County | El Dorado Springs and Vernon |
   | State and Zip Code | Missouri and 64744 |
   | Telephone Number | 202-253-2300 |
   | E-mail Address | vnc@rocketmail.com |

  B. The Defendant(s)

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

### Defendant No. 1

| | |
|---|---|
| Name | The State of Maryland |
| Job or Title *(if known)* | |
| Street Address | 20 N W Street |
| City and County | Easton and Talbot |
| State and Zip Code | Maryland and 21601 |
| Telephone Number | 410-770-8060 |
| E-mail Address *(if known)* | |

### Defendant No. 2

| | |
|---|---|
| Name | The City of Baltimore |
| Job or Title *(if known)* | Legal Affairs City Hall Room 101 |
| Street Address | 100 N. Holliday Street |
| City and County | Baltimore and Baltimore County |
| State and Zip Code | Maryland and 21202 |
| Telephone Number | 410-396-2496 |
| E-mail Address *(if known)* | |

### Defendant No. 3

| | |
|---|---|
| Name | Julie Annette Highley-Keutzer |
| Job or Title *(if known)* | Judge |
| Street Address | 1 N Delaware |
| City and County | Butler and Bates County |
| State and Zip Code | Missouri and 64730 |
| Telephone Number | 660-679-3371 |
| E-mail Address *(if known)* | |

### Defendant No. 4

| | |
|---|---|
| Name | Talbot County |
| Job or Title *(if known)* | |
| Street Address | 11 North Washington Street |
| City and County | Easton and Talbot |
| State and Zip Code | Maryland and 21601 |
| Telephone Number | 410-770-8012 |
| E-mail Address *(if known)* | |

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question         [✓] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
**Civil Rights Act of 1963 Title V and VII**
**Americans with Disabilities Act of 1993**
**4th, 5th, 6th, 14th Amendments**

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
       The plaintiff, *(name)* **Vincent Cannady**, is a citizen of the State of *(name)* **Missouri**.

    b. If the plaintiff is a corporation
       The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
       and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
       The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

b. If the defendant is a corporation

The defendant, *(name)* **State of Maryland**, is incorporated under the laws of the State of *(name)* **Maryland**, and has its principal place of business in the State of *(name)* **Maryland**.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

**$9,999,999.00- State of Maryland**
**$9,999,999.00- City of Baltimore**
**$9,999,999.00- Julie Annette-Keutzer**
**$9,999,999.00- Talbot County**

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

**State of Maryland refuses to grant Plaintiff an ADA Accommodation recommended by his doctors**
**City of Baltimore refuses to grant Plaintiff an ADA Accommodation recommended by his doctors**
**Julie Annette Highley-Keutzer refuses to grant Plaintiff an ADA Accommodation recommended by his doctors. Talbot County refuses to grant Plaintiff an ADA Accommodation recommended by his doctors**
**All Defendants have violated Plaintiffs 4th, 5th, 6th, and 14 Amendment rights due to his race of African American and he is a Service Connected Disabled Veteran. All have refused to have his cases in Veterans Court. Julie Highley case cost Plaintiff his employment. Baltimore refused to give PTSD Medicine, would not allow a call until seen by a Judge, no ADA Accommodations given**

B. What date and approximate time did the events giving rise to your claim(s) occur?

**State of Maryland and Talbot County 09/24/2018- time unknown**
**Julie Highley 01/22/2019 6pm**
**City of Baltimore 12/19/2018 11pm**

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

1. The State of Maryland and Talbot County Charged me with a crime of possessing a weapon that was registered in the State of Missouri but not Maryland because I was a citizen of Missouri on 09/22/2018 when I had a car accident in Talbot County. I am stating a claim for $2,000,000 that action
2. Through Motions I had asked for an ADA Accommodation of a Nolle Prosecui which was granted on 04/24/2019 but on 09/09/2019 I am stating a claim for $2,000,000 that action
3. I recieved a summons in the case I filed a Motion to Dismiss based upon the Nolle Prosecui being granted that was DENIED. I am stating a claim for $2,000,000 that action
4. I then filed an Appeal that instead of going to the Appeals Court went to Talbot County Circuit Court. I am stating a claim for $2,000,000 that action. 5. I filed for ADA Accommodations with the State of Maryland Fair Practices that was DENIEDI am stating a claim for $2,000,000 that action

## IV. Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

I am having medical complications from the continued persecution aka prosecution when I was granted a Nolle by the State of Maryland and Talbot County. Judge Julie Annette Highley-Keutzner is not granting Discovery, Disclosure, any Motions for ADA Accommodations, and demanding that I violate my ADA Accommodation to appear in a Court that she says she cannot rule on my Motions. I am currently suing her County, the Prosecutors, and the Clerks Office in Missouri US District Court but Judge Wines stopped or stayed Discovery and the Bates for County began sending me summons after I had filed an Appeal with Missouri Court of Appeals that Bates County did not forward to the Court of Appeals.
Baltimore City had me in a lockup where I was refused Medication for my PTSD, I was having Panic Attacks that resulted in heart rate of 180 beats per minute. I was listening to prisoners get raped while the guards laughed. I heard one woman begging for her life when asking for her heart medicine. I cannot sleep without hearing and reliving that horror that resulted from the State of Maryland putting a warrant on me after getting my ADA Letter

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

1. The State of Maryland and Talbot County Charged me with a crime of possessing a weapon that was registered in the State of Missouri but not Maryland because I was a citizen of Missouri on 09/22/2018 when I had a car accident in Talbot County. I am stating a claim for $2,000,000 that action
2. Through Motions I had asked for an ADA Accommodation of a Nolle Prosecui which was granted on 04/24/2019 but on 09/09/2019 I am stating a claim for $2,000,000 that action
3. I recieved a summons in the case I filed a Motion to Dismiss based upon the Nolle Prosecui being granted that was DENIED. I am stating a claim for $2,000,000 that action
4. I then filed an Appeal that instead of going to the Appeals Court went to Talbot County Circuit Court. I am stating a claim for $2,000,000 that action. 5. I filed for ADA Accommodations with the State of Maryland Fair Practices that was DENIEDI am stating a claim for $2,000,000 that action

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12/12/2019

Signature of Plaintiff

Printed Name of Plaintiff

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

**If the Basis for Jurisdiction Is Diversity of Citizenship**
b. If the defendant is a corporation
The defendant, *(name)* **City of Baltimore**, is incorporated under
the laws of the State of *(name)* **Maryland**, and has its
principal place of business in the State of *(name)Maryland*


c. If the defendant is a corporation
The defendant, *(name)* **Talbot County**, is incorporated under
the laws of the State of *(name)* **Maryland**, and has its
principal place of business in the State of *(name)Maryland*


### III. Statement of Claim

C. Due to Disability request leave for permission to file Amended Complaint currently under time limit stress

6. City of Baltimore refused to give Plaintiff his medication for PTSD- violations of the ADA, $4^{th}, 5^{th}, 6^{th}, 14^{th}$ Amendments- Plaintiff request Intentional Infliction of Emotional Distress $2,000,000

7. City of Baltimore Police refused to take the medication out of Plaintiffs car when arrested- violations of the ADA, $4^{th}, 5^{th}, 6^{th}$, 14 Amendment and the Civil Rights Act of 1963- Request Intentional Infliction of Emotional Distress $2,000,000,000

8. City of Baltimore Forced Plaintiff to listen to sexual assaults while the guards laughed at just throwing tear gas to stop sexual assault violations of the ADA, $4^{th}, 5^{th}, 6^{th}$, and 14th Amendments – request Intentional Infliction of Emotional Intentional Infliction of Emotional Distress $2,500,000

9. City of Baltimore Forced Plaintiff to listen to people stating they were dying due BCPD refusal to give them Medicine Plaintiff thought he was going to Die from Coronary Arrest due to refusal to give him medicine as well -Request Intentional Infliction of Emotional Distress $2,500,000

10. Julie Annette Highley-Keautzer refused to rule on Plaintiffs Motions for ADA Accommodations - Violations of the ADA, 4th, 5th, 6th, 14 Amendment- request Intentional Infliction of Emotional Distress $2,500,000

11. Julie Annette Highley-Keautzer refused to rule on Plaintiffs Motions for Dismissal- Violations of the ADA, 4th, 5th, 6th, 14 Amendment request Intentional Infliction of Emotional Distress $2,500,000

12. Julie Annette Highley-Keautzer refused to rule on Plaintiffs Motion for Sanctions- Violations of the ADA, 4th, 5th, 6th, 14 Amendment request Intentional Infliction of Emotional Distress $2,000,000.

13. Julie Annette Highley-Keautzer refused to rule on Plaintiffs Motions for Disclosure- Violations of the ADA, 4th, 5th, 6th, 14 Amendment request Intentional Infliction of Emotional Distress $2,000,000.